IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD BARLOW,

        Petitioner,          No. CIV S-09-2151 MCE GGH P

    vs.

D.K. SISTO,

        Respondent.         ORDER

_____/

        Pursuant to the Order, filed on August 18, 2009, petitioner, by filing dated September 4, 2009, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: September 17, 2009         /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:009
barl2151.ifpg